**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 24-6419**

―――――――――

IRY JAMES WILLIAMS,

Petitioner - Appellant,

v.

LOVETT,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00321-JPB)

―――――――――

Submitted:  September 29, 2025                    Decided:  October 29, 2025

―――――――――

Before QUATTLEBAUM, HEYTENS, and BENJAMIN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Iry James Williams, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iry James Williams appeals the district court's order accepting the magistrate judge's recommendation, granting summary judgment to Lovett, and denying relief on Williams's 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence. We have reviewed the record and discern no reversible error. Accordingly, we affirm. *Williams v. Lovett*, No. 5:23-cv-00321-JPB (N.D. W. Va. Apr. 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*